1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  BENJAMIN D. GALLOWAY, #214897
   Chief Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710
   ben_galloway@fd.org
5
   Attorney for Defendant
6  DEVIN SHANAHAN

7
                  IN THE UNITED STATES DISTRICT COURT
8
             FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10   UNITED STATES OF AMERICA,        )  Case No.  2:19-mj-00215-DB
                                      )
11   Plaintiff,                       )  STIPULATION AND [PROPOSED] ORDER
                                      )  TO MODIFY PRE-TRIAL RELEASE
12   v.                               )  CONDITIONS
                                      )
13   DEVIN SHANAHAN,                  )
                                      )
14   Defendant.                       )  Judge: Hon. Allison Claire
                                      )
15   _____)

16

17        IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of

18  America, and defendant Devin Shanahan, through their respective attorneys, that the release

19  conditions imposed on Mr. Shanahan on January 6, 2020 (Docket #9), may be modified as set

20  forth below.

21        12. Any computers, smart cell phones, I-Pads, or internet accessible devices in the home
    must be password protected. You must not use or possess a computer or your smart cell phone or
22  any other device capable of accessing the Internet unless in the direct presence of your mother or
    your maternal-grandmother. Your smart cell phone and I-Pad must be kept in the possession of
23  your mother when she is not in your direct presence.
24
          All other conditions shall remain in force. United States Pre-Trial Services Officer Tai
25  Gaskins has no objection to the modification.

26
    ///
27
    ////
28

       Stipulation and Proposed Order to Modify        -1-        *U.S. v Shanahan, 2:19-mj-00215-DB*
       Special Condition of Release

1

2      Dated:  February 24, 2020

3                                                  Respectfully submitted,

4                                                  HEATHER E. WILLIAMS
                                                   Federal Defender
5

6                                                  */s/ Benjamin D. Galloway*
                                                   Benjamin D. Galloway
7                                                  Chief Assistant Federal Defender
                                                   Attorney for Defendant
8                                                  DEVIN SHANAHAN

9

10     Dated:  February 24, 2020

11                                                 MCGREGOR SCOTT
                                                   United States Attorney
12
                                                   */s/ Grant Rabenn*
13                                                 GRANT RABENN
                                                   Assistant U.S. Attorney
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Proposed Order to Modify          -2-              *U.S. v Shanahan, 2:19-mj-00215-DB*
Special Condition of Release

**O R D E R**

Based upon the stipulation of the parties, and good cause appearing therefore, it is hereby

ordered that that the following release condition is modified to:

12. Any computers, smart cell phones, I-Pads, or internet accessible devices in the home
must be password protected. You must not use or possess a computer or your smart cell phone or
any other device capable of accessing the Internet unless in the direct presence of your mother or
your maternal-grandmother. Your smart cell phone and I-Pad must be kept in the possession of
your mother when she is not in your direct presence

All other conditions shall remain in force.

IT IS SO ORDERED.

Dated: February 24, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE