HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
DEVIN SHANAHAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-mj-00215- DB |
| Plaintiff, | **STIPULATION AND ORDER AMENDING CONDITIONS OF RELEASE** |
| vs. | |
| DEVIN SHANAHAN, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Grant Rabenn, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Chief Assistant Federal Defender Benjamin Galloway, attorney for defendant DEVIN SHANAHAN, that the conditions of release be modified as follows:

At the request of the defendant, in response to the defendant's ongoing medical needs, the successful completion of clean testing, and circumstances arising from the COVID-19 pandemic, which has resulted in a stay at home shelter order, the parties and Pretrial Services agree that Special Condition #9 should be stricken from the special conditions of release. Any further testing shall be at the discretion of U.S. Pretrial Services.

Mr. Shanahan has been fully compliant with all of his Pretrial Services Conditions. Pretrial Service Officer Alexis Ochoa, a Pretrial Service Officer for the Central District who has

been supervising Mr. Shanahan locally in Los Angeles agrees with dropping the special condition on her recommendation along with a note from Mr. Shanahan's doctor regarding his condition. All other conditions are to remain as ordered.

Dated: April 28, 2020　　　　　　　　　　Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Benjamin Galloway*
BENJAMIN GALLOWAY
Chief Assistant Federal Defender
Attorney for Defendant
DEVIN SHANAHAN

Dated: April 28, 2020　　　　　　　　　　MCGREGOR W. SCOTT
United States Attorney

*/s/ Grant Rabenn*
GRANT RABENN
Assistant United States Attorney
Attorney for Plaintiff

# ORDER

IT IS HEREBY ORDERED that Mr. DEVIN SHANAHAN's terms and conditions of pretrial release are modified as listed above. Special Condition #9 shall be stricken from the special conditions of release. All other conditions of release are to remain as previously ordered.

Dated: April 29, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Stipulation and proposed order amending conditions of release